IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30745
Summary Calendar
_____

ROSENA BROWN ABDULAZIZ,

Plaintiff-Appellant,

versus

STATE OF LOUISIANA, through Department of Veterans Affairs,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
D.C. No. 97-CV-1155-C
--------------------
February 9, 2001

Before SMITH, BENAVIDES, and DENNIS Circuit Judges.

PER CURIAM:[*]

Rosena Brown Abdulaziz appeals from a summary judgment dismissing her race-based discrimination claim against the appellee. After carefully considering the briefs and record on appeal, our de novo review convinces us that the district court did not err in its judgment or its analysis of the summary judgment evidence before it. Accordingly, we affirm the district

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

court's judgment for the reasons set forth in Judge Feldman's order dated April 28, 2000.

AFFIRMED.